**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANTHONY ESTREMA,

Plaintiff,

v.

WISE FOODS, INC. and
ARCA CONTINENTAL,

Defendants.

No. 4:25-CV-01956

(Chief Judge Brann)

**ORDER**

**JULY 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants Wise Foods, Inc. and Arca Continental's motion to dismiss, Doc. 5, is **DENIED**.

The Defendants shall file an answer to the complaint within 14 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge